
FILED
OCT 0 2 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUSAN B. TIEDE,<br><br>Petitioner,<br><br>vs.<br><br>JEROME ADAMS, THE SURGEON GENERAL OF THE PUBLIC HEALTH SERVICE; and, JOHN DOES 1-10,<br><br>Respondents. | CV 19–115–M–DLC<br><br>ORDER |

Before the Court is Petitioner Tiede's Notice of Voluntary Dismissal. (Doc. 4.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

DATED this 2nd day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court